IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILLARD BALTZELL and RUTH ANN BALTZELL, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIVIL NO. 02-4058-GPM ) |
| R AND R TRUCKING COMPANY, FREIGHTLINER CORPORATION, LUFKIN INDUSTRIES, INC., and JOPLIN TRAILER SALES, | ) ) ) ) ) |
| Defendants/Third-Party Plaintiffs, | ) ) |
| vs. | ) ) |
| THE ENSIGN-BICKFORD COMPANY and MAGNA VAN SYSTEMS, INC., | ) ) ) |
| Third-Party Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court for jury trial on March 29, 2005.

**IT IS ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, and Memorandum and Order dated September 30, 2005, judgment is entered in favor of Millard "Skeeter" Baltzell and against Defendant R and R Trucking Company in the amount of $11,980,120 and in favor of Ruth Ann Baltzell and against Defendant R and R Trucking Company in the amount of $2,000,000.  R and R Trucking Company is jointly and severally liable to Plaintiffs for the entire verdict in the amount of $13,980,120.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, and Memorandum and Order dated September 30, 2005, judgment is entered in favor of Millard "Skeeter" Baltzell and against Defendant Freightliner Corporation in the amount of $5,396,024. Freightliner Corporation is jointly and severally liable for Millard "Skeeter" Baltzell's past and future medical and medically-related expenses in the amount of $3,750,000, and severally liable for 20% of the balance of Skeeter's verdict, which computes to $1,646,024. Judgment on the verdict is entered in favor of Ruth Ann Baltzell and against Freightliner Corporation in the amount of $400,000, and such liability is several.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, and Memorandum and Order dated September 30, 2005, judgment is entered in favor of Millard "Skeeter" Baltzell and against Defendant Lufkin Industries, Inc., in the amount of $4,573,012. Lufkin Industries, Inc., is jointly and severally liable for Millard "Skeeter" Baltzell's past and future medical and medically-related expenses in the amount of $3,750,000, and severally liable for 10% of the balance of Skeeter's verdict, which computes to $823,012. Judgment on the verdict is entered in favor of Ruth Ann Baltzell and against Lufkin Industries, Inc., in the amount of $200,000, and such liability is several.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, and Memorandum and Order dated September 30, 2005, judgment is entered in favor of Third-Party Plaintiffs R and R Trucking Company, Freightliner Corporation, and Lufkin Industries, Inc., and against Third-Party Defendant The Ensign-Bickford Company on Third-Party Plaintiffs' contribution claims in the amount of $4,085,571.21. This judgment on the Third-Party contribution claims is credited to the common liability of Defendants ($13,980,120 -

$4,085,571.21 = $9,894,548.79), and the total pro rata shares of responsibility are reapportioned amongst the principal Defendants for purposes of contribution as follows:

R and R Trucking Company

40/70.776 = 56.5163%

$9,894,548.79 x .565163 = $5,592,032.88

Freightliner Corporation

20/70.776 = 28.2581%

$9,894,548.79 x .282581 = $2,796,011.49

Lufkin Industries, Inc.

10/70.776 = 14.1291%

$9,894,548.79 x .141291 = $1,398,010.69

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, and Memorandum and Order dated September 30, 2005, judgment is entered on all cross claims for contribution in the reapportioned amounts set forth above.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, judgment is entered on the counterclaims in favor of Plaintiffs and against Defendants R and R Trucking Company, Freightliner Corporation, and Lufkin Industries, Inc.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Plaintiffs' motions for voluntary dismissal granted October 6 and November 3, 2003, Defendant Joplin Trailer Sales is dismissed with prejudice from this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Order of Default issued April 23, 2003, and default judgment having never been pursued, Third-Party

Defendant Magna Van Systems, Inc., is dismissed with prejudice from this action.

This action is dismissed on the merits.

**DATED**:  9/30/05

                      NORBERT G. JAWORSKI, CLERK

                      By: s/ Linda M. Cook
                         Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
        G. PATRICK MURPHY
        CHIEF U.S. DISTRICT JUDGE