IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILLARD BALTZELL and RUTH ANN BALTZELL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL NO. 02-4058-GPM ) |
| R AND R TRUCKING COMPANY, FREIGHTLINER CORPORATION, LUFKIN INDUSTRIES, INC., and JOPLIN TRAILER SALES, | ) ) ) ) ) |
| Defendants/Third-Party Plaintiffs, | ) ) |
| vs. | ) ) |
| THE ENSIGN-BICKFORD COMPANY and MAGNA VAN SYSTEMS, INC., | ) ) ) |
| Third-Party Defendants. | ) |

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court for jury trial on March 29, 2005.

**IT IS ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, and Amended Memorandum and Order dated October 4, 2005, judgment is entered in favor of Millard "Skeeter" Baltzell and against Defendant R and R Trucking Company in the amount of $11,980,120 and in favor of Ruth Ann Baltzell and against Defendant R and R Trucking Company in the amount of $2,000,000.  R and R Trucking Company is jointly and severally liable to Plaintiffs for the entire verdict in the amount of $13,980,120.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, and <u>Amended</u> Memorandum and Order dated <u>October 4</u>, 2005, judgment is entered in favor of Millard "Skeeter" Baltzell and against Defendant Freightliner Corporation in the amount of $5,396,024. Freightliner Corporation is jointly and severally liable for Millard "Skeeter" Baltzell's past and future medical and medically-related expenses in the amount of $3,750,000, and severally liable for 20% of the balance of Skeeter's verdict, which computes to $1,646,024. Judgment on the verdict is entered in favor of Ruth Ann Baltzell and against Freightliner Corporation in the amount of $400,000, and such liability is several.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, and <u>Amended</u> Memorandum and Order dated <u>October 4</u>, 2005, judgment is entered in favor of Millard "Skeeter" Baltzell and against Defendant Lufkin Industries, Inc., in the amount of $4,573,012. Lufkin Industries, Inc., is jointly and severally liable for Millard "Skeeter" Baltzell's past and future medical and medically-related expenses in the amount of $3,750,000, and severally liable for 10% of the balance of Skeeter's verdict, which computes to $823,012. Judgment on the verdict is entered in favor of Ruth Ann Baltzell and against Lufkin Industries, Inc., in the amount of $200,000, and such liability is several.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, and <u>Amended</u> Memorandum and Order dated <u>October 4</u>, 2005, judgment is entered in favor of Third-Party Plaintiffs R and R Trucking Company, Freightliner Corporation, and Lufkin Industries, Inc., and against Third-Party Defendant The Ensign-Bickford Company on Third-Party Plaintiffs' contribution claims in the amount of $4,085,571.21. This judgment on the Third-Party contribution claims is credited to the common liability of Defendants ($13,980,120 -

$4,085,571.21 = $9,894,548.79), and the total pro rata shares of responsibility are reapportioned amongst the principal Defendants for purposes of contribution as follows:

R and R Trucking Company

40/70 = 57.142857%

$9,894,548.79 x .57142857 = $5,654,027.87

Freightliner Corporation

20/70 = 28.571429%

$9,894,548.79 x .28571429 = $2,827,013.98

Lufkin Industries, Inc.

10/70 = 14.285714%

$9,894,548.79 x .14285714 = $1,413,506.94

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, and <u>Amended</u> Memorandum and Order dated <u>October 4</u>, 2005, judgment is entered on all cross claims for contribution in the reapportioned amounts set forth above.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to verdicts returned April 19, 2005, judgment is entered on the counterclaims in favor of Plaintiffs and against Defendants R and R Trucking Company, Freightliner Corporation, and Lufkin Industries, Inc.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Plaintiffs' motions for voluntary dismissal granted October 6 and November 3, 2003, Defendant Joplin Trailer Sales is dismissed with prejudice from this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Order of Default issued April 23, 2003, and default judgment having never been pursued, Third-Party

Defendant Magna Van Systems, Inc., is dismissed with prejudice from this action.

This action is dismissed on the merits.

**DATED**:  10/04/05

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
 Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
 G. PATRICK MURPHY
 CHIEF U.S. DISTRICT JUDGE